IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAHEED KELLY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIT MANAGER | : | No. 20-4413 |
| CONNOR-COUNCIL, *et al.* | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **20th** day of **March 2023**, upon review of Defendants' Motion for Summary Judgment (ECF 60, 61), Plaintiff's Response (ECF 69), Defendants' Reply (ECF 70), it is **ORDERED** Defendants' Motion is **GRANTED**.

The Clerk of Court **shall**: (1) **CORRECT** the docket entry at ECF 69 to reflect the filing is Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment, not Plaintiff's Motion for Summary Judgment; and (2) mark this case as closed.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**